UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:25-cr-53-VMC-AEP | DATE: September 11, 2026 |
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | Courtroom 14B |
| **UNITED STATES OF AMERICA** | Erin Favorit, AUSA |
| **vs.** | |
| **RONY LAMY** | Ryan Maguire, AFPD |
| COURT REPORTER: Lori Cecil Vollmer | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: n/a |
| TIME: 3:45 p.m.–3:57 p.m. | TOTAL: 12 minutes |

**COMPETENCY HEARING**

Court in session.

Counsel is present in the courtroom and identified for the record.

Ryan Maguire will be filing a Notice of Appearance.

Certificate of Competency and Forensic Psychology Report (Doc. 76) discussed

Both parties accept the report and that the defendant is presently competent to stand trial.

Defendant is found competent to stand trial.

Order to follow

The parties update the Court on the status of the defendant and the trial.

Defendant is in possession of a plea agreement, and it will be reviewed in a couple weeks. The parties believe this case will be resolved via plea agreement.

This case will remain on the November trial calendar.

The September 17, 2026 status conference is rescheduled for October 8, 2026, at 9:30 a.m.

The defendant has waived speedy trial through February 28, 2027.

Court adjourned