UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:25-cr-53-VMC-TGW

RONY LAMY

______________________________/

**ORDER**

A January 7, 2026, order remanded the Defendant to the custody of the Attorney General for evaluation and treatment to restore Defendant's competency to stand trial. (Doc. # 58). On August 4, 2026, Dr. Diana Schoeller Hamilton, a forensic psychologist with the Federal Medical Center in Devens, Massachusetts, issued a report describing her findings, which include (1) that the defendant possesses a factual and rational understanding of the proceedings against him and (2) that the defendant can maintain appropriate courtroom behavior and assist in his defense. (Doc. # 76).

A hearing occurred on September 11, 2026, during which the parties accepted Dr. Hamilton's report, declined to present additional evidence, and agreed with Dr. Hamilton's opinion that Defendant is presently competent to stand trial. See 18 U.S.C. §§ 4241(e), 4247(d). Accordingly, considering the parties' agreement and an independent review of Dr.

Hamilton's report, the Court finds by a preponderance of the evidence that Defendant is presently competent in that he can understand the nature and consequences of the proceedings against him and can properly assist in his defense.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Court finds by a preponderance of the evidence that Defendant is presently competent in that he can understand the nature and consequences of the proceedings against him and can properly assist in his defense.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of September, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE