UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-53-VMC-TGW

RONY LAMY

**UNITED STATES' *UNOPPOSED* MOTION FOR PROTECTION**

The United States of America respectfully asks this Court for protection from trial in the above-captioned case from November 2, 2026, through November 23, 2026. The grounds for this motion are stated below:

1. The above listed case is currently set on this Honorable Court's trial calendar for the November 2026 trial term.

2. An essential witness for the United States is undergoing an important medical procedure on November 9, 2026. The witness resides in Jacksonville and prior to the procedure, she has appointments on November 2 and November 5 in preparation for the procedure. After the procedure is complete, she will need to remain physically present in Jacksonville through November 23 to attend follow-up appointments related to the medical treatment.

3. Defense counsel for Mr. Lamy has no objection to this motion.

4. The defendant has waived speedy trial through February 28, 2027.

Wherefore, the United States requests protection from trial from November 2, 2026, through November 23, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Fla. Bar No. 104887
United States Attorney's Office
Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 274-6322
Fax: (813) 274-6187
E-mail: erin.favorit@usdoj.gov

**United States v. Lamy** **Case No. 8:25-cr-00053-VMC-TGW**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Adam Allen, Esq.

*/s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Fla. Bar No. 104887
United States Attorney's Office
Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 274-6322
Fax: (813) 274-6187
E-mail: erin.favorit@usdoj.gov