UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-53-VMC-AEP

RONY LAMY

**NOTICE OF APPEARANCE**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Sean Cranshaw has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/ Sean M. Cranshaw</u>*

Sean M. Cranshaw
Assistant United States Attorney
Florida Bar No. 1010689
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: sean.cranshaw@usdoj.gov

**U.S. v. RONY LAMY** **Case No. 8:25-cr-53-VMC-AEP**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Julia Seifer-Smith, Esq.

*/s/ Sean M. Cranshaw*
Sean M. Cranshaw
Assistant United States Attorney
Florida Bar No. 1010689
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: sean.cranshaw@usdoj.gov